# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**923**

**CAF 15-01492**

PRESENT: PERADOTTO, J.P., LINDLEY, NEMOYER, AND SCUDDER, JJ.

---

IN THE MATTER OF JOSHUA HOUSE,
PETITIONER-APPELLANT,

V                                                            ORDER

SUSAN O'ROURKE, RESPONDENT-RESPONDENT.
---------------------------------------
IN THE MATTER OF SUSAN O'ROURKE,
PETITIONER-RESPONDENT,

V

JOSHUA HOUSE, RESPONDENT-APPELLANT.

---

JOHN J. RASPANTE, UTICA, FOR PETITIONER-APPELLANT AND RESPONDENT-APPELLANT.

PAUL A. NORTON, CLINTON, FOR RESPONDENT-RESPONDENT AND PETITIONER-RESPONDENT.

DOREEN M. ST. THOMAS, ATTORNEY FOR THE CHILD, ROME.

---

Appeal from an order of the Family Court, Oneida County (Julia Brouillette, J.), entered August 10, 2015 in a proceeding pursuant to Family Court Act article 6.  The order, among other things, adjudged that Susan O'Rourke shall have primary physical custody of the subject child.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court.

Entered:  November 10, 2016                    Frances E. Cafarell
                                               Clerk of the Court